[No. 36771-4-I.    Division One.    September 30, 1996.]

LE GROS, BUCHANAN AND PAUL, P.S., *Respondent*, v.
SEATTLE OFFICE SYSTEMS, INC., ET AL., *Defendants*,
TOKAI FINANCIAL SERVICES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-02642-7, Robert S. Lasnik, J., entered
May 31, 1995. *Reversed* by unpublished opinion per
Kennedy, A.C.J., concurred in by Becker and Cox, JJ.

[No. 36853-2-I.    Division One.    September 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK
D. WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-01793-4, Mary Wicks Brucker, J., entered
May 24, 1995. *Affirmed* by unpublished opinion per Becker,
J., concurred in by Kennedy, A.C.J., and Cox, J.

[No. 37010-3-I.    Division One.    September 30, 1996.]

LARRY E. COLVIN, ET AL., *Appellants*, v. BRENT
SCHRADER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-21463-4, Charles V. Johnson, J., entered
May 5, 1995. *Affirmed* by unpublished opinion per Web-
ster, J., concurred in by Baker, C.J., and Kennedy, J.

[No. 37548-2-I.    Division One.    September 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
STEPHANIE LYNN DELEON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-03932-6, Michael Spearman, J., entered
October 18, 1995. *Reversed* by unpublished per curiam
opinion.